IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS

ONE BANK & TRUST, N.A.                                                     PLAINTIFF

VS.                         CASE NO. 4:11-cv-00567-KGB

CARMELO GALEA a/k/a CHARLES GALEA, Individually,
FAE A. GALEA, Individually, and
ANTHONY W. IMBIMBO, as Trustee
of THE CARMELO GALEA FAMILY
INSURANCE TRUST                                                            DEFENDANTS

## JUDGMENT

For the reasons set forth in the Court's Opinion and Order entered on December 3, 2012 (Doc. 65), IT IS HEREBY ORDERED AND ADJUDGED THAT Plaintiff, One Bank & Trust, N.A.'s ("One Bank" or "Plaintiff") Motion for Summary Judgment (Doc. 47) is GRANTED in favor of Plaintiff as to Defendants' counterclaims for fraud and mutual mistake, and GRANTED in favor of Plaintiff as to Plaintiff's claims against The Carmelo Galea Family Insurance Trust on that certain Promissory Note and Security Agreement, as modified, ("**Note No. 177714**") and against Carmelo Galea a/k/a Charles Galea on that certain Guaranty Agreement[1]

**THEREFORE, IT IS CONSIDERED, ORDERED AND ADJUDGED** that One Bank & Trust, N.A., is hereby granted *in personam* judgment against Anthony W. Imbimbo, as Trustee of the Carmelo Galea Family Insurance Trust, and Carmelo Galea a/k/a Charles Galea, jointly and severally, in the amount of Two Million Three Hundred Twenty-Four Thousand One Hundred Fifty-Four and 92/100 Dollars ($2,324,154.92), consisting of an unpaid principal balance owed on Note

---

[1] Plaintiff's claim against Fae A. Galea has been dismissed without prejudice pursuant to a Stipulation of Dismissal submitted by the parties contemporaneous with this Judgment.

No. 177714 of $1,738,590.00, plus accrued pre-judgment interest as of December 5, 2012 in the amount of $585,564.92, with interest accruing on the judgment pursuant to applicable law; and

**IT IS FURTHER CONSIDERED, ORDERED AND ADJUDGED** that, pursuant to Rule 54(d), Federal Rules of Civil Procedure, and Local Rule 54.1, One Bank & Trust, N.A., shall also be awarded its court costs, attorney's fees, and related nontaxable expenses in the amounts to be determined by this Court by further proceeding and a separate motion by Plaintiff;

**IT IS FURTHER CONSIDERED, ORDERED AND ADJUDGED** that this Court retains control of this cause for such orders as may be necessary to enforce and protect the rights of the parties hereto.

IT IS SO ORDERED on this ___7___ day of December, 2012.

_Kristine G. Baker_
HONORABLE KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE

APPROVED AND ENTRY REQUESTED BY:

HOPKINS LAW FIRM
A Professional Association
Attorneys at Law
1000 West Second Street
Little Rock, AR 72201
www.hopkinslawfirm.com
Telephone: (501) 375-1517
Facsimile: (501) 375-0231

By: _____
Stewart Headlee
Arkansas Bar No. 2003091
sheadlee@hopkinslawfirm.com

Gregory M. Hopkins
Arkansas Bar No. 81093
ghopkins@hopkinslawfirm.com

*Attorneys for Plaintiff*

APPROVED AS TO FORM:

ROSE LAW FIRM, P.A.
120 East Fourth Street
Little Rock, AR 72201
Ph: 501/375-9131
Fax: 501/375-1309

By: _____
Richard T. Donovan
Arkansas Bar No. 83054
rdonovan@roselawfirm.com

Betsy Turner-Fry
Arkansas Bar No. 2010128
btfry@roselawfirm.com

*Attorneys for Defendants*