IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

ONE BANK & TRUST, N.A.                                                    PLAINTIFF

v.                              No. 4:11-cv-00567 KGB

CARMELO GALEA a/k/a CHARLES GALEA,
FAE A. GALEA, and ANTHONY W. IMBIMBO,
as Trustee of THE CARMELO GALEA FAMILY
INSURANCE TRUST                                                          DEFENDANTS

## ORDER

Before the Court is the motion of plaintiff One Bank & Trust, N.A. ("One Bank") for attorney's fees and court costs (Dkt. No. 68). In support of its claim for fees and costs, One Bank submits the Affidavit of Stewart Headlee, along with billing statements, a Travel Expense Report, and an itemized bill of costs. The billing statements contain a narrative for each time entry, but the amount of time spent and the amount billed for each task is redacted. One Bank states that it will supplement its motion or provide line-by-line time entries for all invoices generated if requested by the Court.

One Bank is directed to submit unredacted copies of its billing records within 10 days of the date of this Order. One Bank, by motion, may seek an order from the Court permitting it to file this information under seal.

SO ORDERED this 1st day of April, 2013.

_____
Kristine G. Baker
United States District Judge