IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**ONE BANK & TRUST, N.A.**                                                          **PLAINTIFF**

v.                              No. 4:11CV00567 KGB

**CARMELO GALEA a/k/a CHARLES GALEA,**
**FAE A. GALEA, and ANTHONY W. IMBIMBO,**
**as Trustee of THE CARMELO GALEA FAMILY**
**INSURANCE TRUST**                                                                 **DEFENDANTS**

## ORDER

Plaintiff has moved to withdraw its motion for attorney's fees and court costs (Dkt. No. 68). For good cause shown, the motion to withdraw is granted (Dkt. No. 86). The Clerk is directed to term the motion for attorney's fees and court costs (Dkt. No. 68).

SO ORDERED this 9th day of April, 2013.

_____
Kristine G. Baker
United States District Judge